```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION

This document relates to:
                                    :      CIVIL ACTION
02-2635    SHIRK                    :      NO. MDL 875
02-2735    WATSON                   :
02-2736    HOOD                     :
02-2737    HART                     :
02-2738    JOHNSON                  :
02-2681    SHIRK                    :
02-2845    KINIUK                   :
02-3166    HRYCYK                   :
02-3168    GREEN                    :
02-3169    SAKEWICZ                 :
02-3170    HENDRICKS                :
02-3171    PALMER                   :
02-3172    BERRY                    :
02-3175    SOLOMON                  :
02-3176    ROMANOWSKI               :
02-3177    O'DONNELL                :
02-3448    HARTMANN                 :
02-3449    ROCKS                    :
02-3450    REED                     :
02-3451    GAMBLER                  :
02-3452    MACAULEY                 :
02-3630    ALIBERT                  :
02-3631    VISCO                    :
02-3632    DANCSECS                 :
02-3847    HAMMOND                  :
02-3848    POTTER                   :
02-4095    SMITH                    :
02-4096    SEARFOSS                 :
02-4097    GEARINGER                :
02-4101    FRYE                     :
02-4339    MEYER                    :
```

<u>O R D E R</u>

       The Court having been advised that the issues raised in each of these actions are also presently pending before the Honorable District Court Judge Alfred Wolin.  Judge Wolin has been specially designated to sit in the District of Delaware and preside over these matters.  Further, the Judge has set a schedule and will proceed appropriately.  In the interest of judicial economy and for a prompt resolution of all outstanding issues this Court will hold its action in abeyance and await the ruling by the Bankruptcy Court.

       **IT IS THEREFORE THE ORDER OF THIS COURT** that all pending motions for abstention and remand are denied without prejudice at this time with leave to renew at a later date.  The cases are administratively dismissed, subject to reinstatement following the determination of the bankruptcy issues by Judge Wolin and any subsequent appeals thereto.

       Done this 5th day of August, 2002.

       BY THE COURT

_____
Charles R. Weiner, SJ